AO 440 (Rev.8/01) Summons in a Civil Action

# United States District Court
## District of Kansas

PETE FRANKLIN

                                                   SUMMONS IN A CIVIL CASE

            v.                          CASE NUMBER:  06-2421 CM

CITY OF MERRIAM, KANSAS

TO: (Name and address of defendant)

Juli Pinnick, Deputy City Clerk  
City of Merriam  
9000 W. 62nd Terrace  
Merriam, Kansas 66202

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lee R. Hardee, III  
DeZube Miller LLC  
4400 W. 109th Street, 3rd Floor  
Overland Park, KS 66211

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Ralph L. DeLoach,  
259 Robert J. Dole Courthouse  
500 State Avenue  
Kansas City, KS 66101-2480                    October 2, 2006  
CLERK                                                                  DATE

(BY) DEPUTY CLERK

440 (Rev. 8/01) Summons In a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  10/9/06 @ 3:30PM |
| NAME OF SERVER (PRINT)  Mike Tomkiewicz | TITLE  PPS |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 9000 W. 62ND Terr., Merriam, KS 66202

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/9/06 @ 3:30pm
              Date

Signature of Server

HATFIELD PROCESS SERVICE
(www.hatfieldprocess.com)
Address of Server
1669 Jefferson
Kansas City, MO 64108

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.